FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2002

at __ o'clock and __ min __
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00243 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252 |
| | ) | [Sexual Exploitation |
| RYAN T. CHING, | ) | of a Minor] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 7, 2000, in the District of Hawaii and elsewhere, RYAN T. CHING did knowingly transport and ship, and cause to be transported and shipped, by computer, in interstate and foreign commerce, computer graphic files containing visual depictions of minors engaged in sexually explicit conduct, with said RYAN T. CHING knowing that the

production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(1).

## COUNT 2

The Grand Jury further charges:

On or about December 8, 2000, in the District of Hawaii and elsewhere, RYAN T. CHING did knowingly transport and ship, and cause to be transported and shipped, by computer, in interstate and foreign commerce, computer graphic files containing visual depictions of minors engaged in sexually explicit conduct, with said RYAN T. CHING knowing that the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about July 31, 2001, in the District of Hawaii, RYAN T. CHING did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with RYAN T. CHING knowing that

said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated: Honolulu, Hawaii, June 13, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Ryan T. Ching</u>
"Indictment"
Cr. No. _____

3